# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| BRIAN FORMAN, *Petitioner*, | : : : | |
| v. | : : | CIVIL ACTION NO. 19-1446 |
| MARIROSA LAMAS, et al., *Respondents*. | : : : | |

## ORDER

**AND NOW**, this 7th day of October, 2022, upon consideration of Petitioner's Petition for Writ of Habeas Corpus (ECF No. 1), the Respondents' Response thereto (ECF No. 10), and Petitioner's Reply (ECF No. 13), and after review of the Report and Recommendation of United States Magistrate Judge Elizabeth T. Hey (ECF No. 14), to which no objections have been filed, it is hereby **ORDERED** that:

1. The Report and Recommendation is **APPROVED** and **ADOPTED**.

2. The Petition for Writ of Habeas Corpus is **DENIED** and **DISMISSED**.

3. A certificate of appealability **SHALL NOT** issue.

4. The Clerk of Court shall mark this case **CLOSED**.

BY THE COURT:

/s/ C. Darnell Jones, II
**C. Darnell Jones, II   J.**